UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| CYNTHIA C. PRICE, | ) | Civil Action No. 5:20-cv-03163-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 15th day of June, 2022, Plaintiff's Motion for Attorney's Fees, ECF No. 31, is granted. It is hereby ORDERED that Plaintiff, Cynthia Price, is awarded attorney fees in the amount of Four Thousand, One Hundred and Seventy-Three Dollars and 63/100 Cents ($4,173.63). This award will be paid directly to Plaintiff, Cynthia Price, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

June 15, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge